NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GREGORY LAVIN,                    )
                                  )
            Appellant,            )
                                  )
v.                                )      Case No. 2D19-139
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____ )

Opinion filed October 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Declan P. Mansfield,
Judge.

Gregory Lavin, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.